# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-60 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| SHAWN DECOLA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on June 26, 2019[1]. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Burke reported that a supervised release violation hearing was held on August 27, 2019. The defendant admitted to the following violations:

1. Illicit Substance Use
2. Falure to Comply with Substance Abuse Treatment

The magistrate judge filed a report and recommendation on August 27, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on November 6, 2019. Defendant Shawn Decola was present and represented by Attorney Carlos Warner.

---

[1] Supplemental Information Reports containing updated information were filed on July 18, 2019, August 26, 2019, and October 31, 2019.

The United States was represented by Assistant United States Attorney Brendan O'Shea. United States Probation Officer Jordan Wlotzko was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

Because defendant recently has shown significant progress with his substance abuse treatment program, IT IS ORDERED that the defendant's term of supervised release is continued under the same terms and conditions as previously set.

**IT IS SO ORDERED**.

Dated: November 6, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**